AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

United States of America
v.
William Thomas DUNCAN

)
)
)
)
)

Case No. MJ-26-10-BLG-TJC

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* William Thomas DUNCAN
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1).

Date: 01/23/2026

*Issuing officer's signature*

City and state: Billings, Montana

Timothy J. Cavan, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/23/2026, and the person was arrested on *(date)* 01/26/2026
at *(city and state)* Billings, MT

Date: 01/26/2026

*Arresting officer's signature*

Scott Johnson TFO
*Printed name and title*