IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM THOMAS DUNCAN,<br><br>Defendant. | MJ 26-10-BLG-TJC<br><br>**ORDER SETTING DETENTION HEARING** |

Defendant has filed an unopposed Motion for Detention Hearing. (Doc. 9.) Accordingly, IT IS ORDERED that the Court will conduct a Detention Hearing in this matter on **January 30, 2026, at 2:00 p.m.** in the Bighorn Courtroom, James F. Battin Federal Courthouse, Billings, Montana.

DATED this 28th day of January, 2026.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge